# EXHIBIT B

**From:** Baker Mitchell REDACTED
**To:** 'Bonnie' REDACTED
**Cc:** CDS RBA-Lisa Edwards REDACTED
**Sent:** Monday, August 3, 2015 11:22 AM
**Subject:** RE: Question about the uniform for girls

Dear Ms. Peltier,

Thank you for bringing the question of the dress code to me whereby female students and staff are to wear skirts and dresses unless for PE, athletic events, or certain field trips.

As background, CDS was formed by a volunteer Board of Trustees from members of the community who held meetings with interested parents and others in the community. In the summer of 1999, the application for a charter school was written and submitted.

From the outset, one of the goals was to establish a school that taught a curriculum with classical content based on time-proven instructional methods. Another goal was to create a school environment that embodied traditional values. These are actively maintained by thoughtful and nuanced processes and disciplines ranging from the daily recitation of our pledge or the "ready" position in class, to the specifications of our uniform or the precise "pencil grip" process we instill in our Kindergarteners.

As you may recall, the tumult of the 1990's was capped off by the Columbine shootings April 20, 1999 in which two students killed thirteen classmates and injured twenty-four others – fourteen of whom were female.

The Trustees, parents, and other community supporters were determined to preserve chivalry and respect among young women and men in this school of choice. For example, young men were to hold the door open for the young ladies and to carry an umbrella, should it be needed. Ma'am and sir were to be the preferred forms of address. There was felt to be a need to restore, and then preserve, traditional regard for peers.

As we view society at large today, the need to instill and respect traditional values seems just as great as it was fifteen years ago. Bullying and sexual harassment are current topics of concern almost everywhere we look. Teen pregnancies and casual sex receive concerned attention in most communities. Thus, the uniform policy seeks to establish an environment in which our young men and women treat one another with mutual respect.

Our uniform policy, as is, has demonstrably contributed to producing a focused learning environment with respectful, dignified student relationships.

In general, the emphasis on traditional core values in the educational environment for our students has proven to be highly effective. Our two schools of choice in Columbus and Brunswick counties include nearly 2,000 students and are consistently the highest scoring schools in their counties on the state's End-of-Grade tests. Many of our graduates go on to successfully complete their studies in early college programs or receive academic scholarships.

We have been intentional in selecting policies that enhance student outcomes, and with confidence, submit that ours do.

Thank you again for your question, and I hope that I have provided worthwhile perspective regarding our uniform policy.

Best Regards,

Baker Mitchell


**From:** Bonnie [mailto:REDACTED                ]
**Sent:** Sunday, August 2, 2015 5:12 AM
**To:** REDACTED
**Subject:** Question about the uniform for girls

Mr. Mitchell,

My children just started at CDS this year.  I understand the uniform policy and the premise behind it but can you explain to me why you felt it was important for female students and staff to wear dresses or skirts everyday?  I've asked several people and the answers range from. "that is how it's been done for 15 years" which really does not answer the question to "we want to present a professional image" which seems to suggest that women in pants are unprofessional to "go ask the founder" so I'm asking the founder.   I realize it is a classical curriculum and again I'm not questioning the uniform policy in its entirety.  I just want to know what benefit is derived by girls and female staff wearing dresses that could not be achieved if they were permitted to wear pants or shorts like the boys.  It makes play time difficult and even with tights or leggings it is still cold when you have wind blowing up your skirt.  I thank you in advance for reading and hopefully responding to my email.

Sincerely - Bonnie Peltier