## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### Case No. 7:16-cv-30

BONNIE PELTIER, as Guardian of A. )
P., a minor child, et al. )
Plaintiff(s), )
)
vs )
CHARTER DAY SCHOOL, INC., et al. )
)
Defendant(s). )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3,

__Bonnie Peltier__ who is __Plaintiff__,
(name of party)         (plaintiff/defendant/other:_____)

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

   YES ◯       NO ●

2. Does party have any parent corporations?

   YES ◯       NO ●

If yes, identify all parent corporation, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   YES ◯       NO ●

If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Civil Rule 7.3 or Local Criminal Rule 12.3)?

    YES ◯      NO ⬤

If yes, identify entity and nature of interest:

5. Is party a trade association?

    YES ◯      NO ⬤

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors's committee:

Signature: /s/ Lenor Marquis Segal
               Attorney for Plaintiffs
Date: February 29, 2016

CERTIFICATE OF SERVICE

I hereby certify that on February 29, 2016, I electronically filed this DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION with the Clerk of the Court using the CM/ECF system, and will serve copies on the defendants with the Summons and Complaint being served as follows:

| | |
|---|---|
| Charter Day School, Inc.<br>c/o Mark Dudeck, Registered Agent<br>3610 Thaddeus Loft Lane<br>Leland, NC 28451 | The Roger Bacon Academy, Inc.<br>c/o Baker A. Mitchell, Jr., Registered Agent<br>1112 Shelter Cove Place<br>Wilmington, NC 28405 |
| Robert P. Spencer<br>1208 Vanderhorst Place<br>Wilmington, NC 28405-5327 | Chad Adams<br>3356 NC 87 S<br>Sanford, NC 27330 |
| Dawn Carter<br>2001 Hawthorne Road<br>Wilmington, NC 28403-6114 | Jeremy Dickinson<br>153 Camp Morehead Drive<br>Morehead City, NC 28557-2573 |
| Melissa Gott<br>602 Chestnut Street<br>Wilmington, NC 28401 | |

/s/ Lenor Marquis Segal
*Attorneys for Plaintiffs*