# EXHIBIT A

## 2014-15 Charter Day School – Girl's Uniform Requirements (Updated 6/17/2014)

| Clothing Category | Types | Description | Color |
|---|---|---|---|
| Tops | Shirts | Unisex Polo, Oxford/Peter Pan acceptable, tucked in at all times | White/ Navy Blue |
| | Sweaters | V-neck, cardigan | |
| | Turtlenecks | Worn under uniform shirt | |
| | Undershirts | Worn under uniform shirt | |
| | Jackets | Elementary classrooms only, uniform colors required | |
| | Sweatshirts | Elementary classrooms only, RBA authorized required | N/A |
| Bottoms | Jumpers | Knee-length or longer | Khaki (Elem or MS) Blue (MS Only) |
| | Skirts | | |
| | Skorts | | |
| Footwear | Socks/Stockings/Leggings | Not Required, Plain – no designs | White, Black, Navy Blue |
| | Shoes | Closed-toe/Closed-heel secure shoes required; Flip-flops, Crocs, sandals, platform or high heel shoes prohibited | Casual dress or Athletic |
| PE Uniform | N/A | RBA authorized only; Will be worn to school on PE days only | N/A |

## 2014-15 Charter Day School – Boy's Uniform Requirements (Updated 6/17/2014)

| Clothing Category | Types | Description | Color |
|---|---|---|---|
| Tops | Shirts | Unisex Polo, Oxford acceptable, tucked in at all times | White/ Navy Blue |
| | Sweaters | V-neck, cardigan | |
| | Turtlenecks | Worn under uniform shirt | |
| | Undershirts | Worn under uniform shirt | |
| | Jackets | Elementary classrooms only, uniform colors required | |
| | Sweatshirts | Elementary classrooms only, RBA authorized required | N/A |
| Bottoms | Pants | Plain, not cargo | Khaki (Elem or MS) Blue (MS Only) |
| | Shorts | Knee-length. Plain, not cargo | |
| Belt | N/A | Must be worn with pants and shorts at all times | Black, Brown, Khaki, Navy |
| Footwear | Socks | Required | White, Black, Navy Blue |
| | Shoes | Closed-toe/Closed-heel secure shoes required; Flip-flops, Crocs, and sandals, are prohibited | Casual dress or Athletic |
| PE Uniform | N/A | RBA authorized only; Will be worn to school on PE days only | N/A |