IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:16-cv-30

| | |
|---|---|
| BONNIE PELTIER, as Guardian of A.P., a minor child; | : |
| ERIKA BOOTH, as Guardian of I.B., a minor child; and | : |
| PATRICIA BROWN, as Guardian of K.B., a minor child; | : |
| Plaintiffs, | : |
| v. | : |
| CHARTER DAY SCHOOL, INC.; ROBERT P. SPENCER; CHAD ADAMS; SUZANNE WEST; COLLEEN COMBS; TED BODENSCHATZ; and MELISSA GOTT in their capacities as members of the Board of Trustees of Charter Day School, Inc.; and THE ROGER BACON ACADEMY, INC.; | : |
| Defendants. | : |

## MOTION FOR APPOINTMENT OF
## GUARDIAN AD LITEM

Undersigned counsel for A.P. moves for an Order appointing Bonnie Peltier Guardian ad Litem to act on A.P.'s behalf in this action pursuant to Fed. R. Civ. P. 17(c) and LR 17.1(a); and, in support of this motion, shows that:

1. A.P. is a minor.

2. This action was brought against Charter Day School, Inc., members of its Board of Trustees, and The Roger Bacon Academy, Inc., for declaratory and injunctive relief and nominal damages arising out of sex discrimination at Charter Day School, a public charter school in Leland, Brunswick County, North Carolina.

1

3. The affidavit of the proposed Guardian ad Litem, Bonnie Peltier (attached), shows that Ms. Peltier is competent to protect A.P.'s interests, has no interest adverse to A.P.'s interests, and does not have any business relationship with defendants or their counsel in this action.

4. No representative or guardian has previously been appointed to act on behalf of A.P., and, until now, Ms. Peltier has acted on A.P.'s behalf in this matter.

5. As stated in the affidavit, annexed as Attachment No. 1, Ms. Peltier is competent to be appointed Guardian ad Litem for A.P.

Respectfully submitted this the 2nd day of June, 2016.

ELLIS & WINTERS LLP

/s/ Lenor Marquis Segal
Lenor Marquis Segal
NC State Bar No. 43445
Post Office Box 33550
Raleigh, NC 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
lenor.marquissegal@elliswinters.com
Local Civil Rule 83.1 Counsel


AMERICAN CIVIL LIBERTIES UNION OF NORTH CAROLINA LEGAL FOUNDATION

/s/ Christopher A. Brook
Christopher A. Brook
NC Bar No. 33838
Legal Director, American Civil Liberties Union
of North Carolina Legal Foundation
Post Office Box 28004
Raleigh, North Carolina 27611
Telephone: (919) 834-3466
Facsimile: (866) 511-1344
cbrook@acluofnc.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
/s/ Lenora M. Lapidus
Lenora M. Lapidus
(LR 83.1(a) *special appearance*)
Galen Sherwin
(LR 83.1(a) *special appearance*)
Amy Lynn Katz
(LR 83.1(a) *special appearance*)
Women's Rights Project
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2615
llapidus@aclu.org
gsherwin@aclu.org
wrp_ak@aclu.org
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2016, I electronically filed this Motion for Appointment of Guardian ad Litem with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Lenor Marquis Segal  
*Attorneys for Plaintiffs*
