IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:16-cv-30

| | |
|---|---|
| BONNIE PELTIER, as Guardian of A.P., a minor child; <br><br> ERIKA BOOTH, as Guardian of I.B., a minor child; and <br><br> PATRICIA BROWN, as Guardian of K.B., a minor child; <br><br>                       Plaintiffs, <br><br> v. <br><br> CHARTER DAY SCHOOL, INC.; ROBERT P. SPENCER; CHAD ADAMS; SUZANNE WEST; COLLEEN COMBS; TED BODENSCHATZ; and MELISSA GOTT in their capacities as members of the Board of Trustees of Charter Day School, Inc.; and THE ROGER BACON ACADEMY, INC.; <br><br>                       Defendants. | **PLAINTIFFS' MOTION FOR APPROPRIATE RELIEF** |

Bonnie Peltier, as Guardian of A.P., Erika Booth, as Guardian of I.B., and Patricia Brown, as Guardian of K.B. ("Plaintiffs"), by and through their counsel, bring this Motion for Appropriate Relief. For the reasons and under the authorities stated in the accompanying Memorandum in Support, and based upon the facts recited in the attorney declaration concurrently filed, Plaintiffs seek an order (a) striking the expert report in its entirety, (b) declaring the stipulation void, (c) imposing sanctions on Defendants' counsel for their deceptive and unethical behavior in the form of attorneys' fees and costs in connection with filing and

1

briefing this motion and the opposed motion for a Judicial Conference dated January 17, 2017, and (d) awarding such other relief as this Court deems just and proper.

RESPECTFULLY SUBMITTED, this the 25th day of January, 2017.

ELLIS & WINTERS LLP
/s/ Lenor Marquis Segal
Lenor Marquis Segal
NC State Bar No. 43445
Post Office Box 33550
Raleigh, NC 27636
Telephone: (919) 865-7000
Facsimile: (919) 865-7010
lenor.marquissegal@elliswinters.com
Local Civil Rule 83.1 Counsel

AMERICAN CIVIL LIBERTIES UNION OF NORTH
CAROLINA LEGAL FOUNDATION
/s/ Christopher A. Brook (with permission)
Christopher A. Brook
NC Bar No. 33838
Legal Director, American Civil Liberties Union of North Carolina Legal Foundation
Post Office Box 28004
Raleigh, North Carolina 27611
Telephone: (919) 834-3466
Facsimile: (866) 511-1344
cbrook@acluofnc.org

AMERICAN CIVIL LIBERTIES UNION FOUNDATION
/s/ Lenora M. Lapidus (with permission)
Lenora M. Lapidus
(LR 83.1(a) *special appearance*)
Galen Sherwin
(LR 83.1(a) *special appearance*)
Amy Lynn Katz
(LR 83.1(a) *special appearance*)
Women's Rights Project
125 Broad Street, 18th Floor

New York, NY 10004
Telephone: (212) 549-2615
llapidus@aclu.org
gsherwin@aclu.org
wrp_ak@aclu.org
*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Lenor Marquis Segal
*Attorneys for Plaintiffs*