IN THE UNTED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:16-cv-30-H-KS

BONNIE PELTIER, as Guardian of A.P.,　　　　)
a minor child, *et al.*,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiffs,　　　　　　　)　　　ORDER TO ATTEND
　　　　　　　　　　　　　　　　　　　　　)　　HEARING BY TELEPHONE
v.　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
CHARTER DAY SCHOOL, INC., *et al.*,　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendants　　　　　　　)

　　　　For good cause shown, the Motion to Attend Hearing by Telephone,

submitted by Defendants with no objection by Plaintiffs allowing Defendants' Texas

counsel, Aaron Streett and Mark Little, to attend the Non-Final Pretrial Conference

scheduled for June 19, 2019, at 10:30 a.m. in Greenville Annex Courtroom by

telephone is ALLOWED.  The Clerk is directed to provide Defendants with call-in

instructions.

　　　　This the 4th day of June 2019.

　　　　　　　　　　　　　　　　　　　Kimberly A. Swank
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge