# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

**Case No. 7:16-cv-30**

| | | |
|---|---|---|
| BONNIE PELTIER, as Guardian of A.P., a minor child, et al.; | : : : | **PLAINTIFFS' MOTION FOR ENTRY OF PARTIAL FINAL JUDGMENT UNDER RULE 54(b), DECLARATORY JUDGMENT, AND PERMANENT INJUNCTION** |
| Plaintiffs, | : : | |
| v. | : : | |
| CHARTER DAY SCHOOL, INC., et al.; | : : | |
| Defendants. | : : : | |

Plaintiffs, by and through counsel, hereby move the Court to issue final judgment, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, as to both Plaintiffs' Equal Protection claim and their Title IX claim. Plaintiffs also seek issuance of a permanent injunction and formal entry of declaratory judgment on Plaintiffs' Equal Protection claim, enforcing the Court's holding that the Skirts Requirement violates the Equal Protection Clause. For the reasons stated in Plaintiff's supporting brief being filed with this motion, Plaintiffs therefore respectfully request that the Court issue (1) a final judgment as to (a) Plaintiffs' Equal Protection claim and (b) Plaintiffs' Title IX claim, (2) an injunction on Plaintiffs' Equal Protection claim, (3) and a declaratory judgment on Plaintiffs' Equal Protection claim. Plaintiffs also respectfully request that the Court award

1

Plaintiffs (1) the sum of one dollar ($1.00) each in nominal damages, and (2) costs

pursuant to Federal Rule of Civil Procedure 54(d)(1).

Dated: July 3, 2019                          Respectfully submitted,

                                             ELLIS & WINTERS LLP

                                             /s/ Jonathan D. Sasser
                                             Jonathan D. Sasser
                                             NC State Bar No. 10028
                                             Post Office Box 33550
                                             Raleigh, NC 27636
                                             Telephone: (919) 865-7000
                                             Facsimile: (919) 865-7010
                                             jon.sasser@elliswinters.com
                                             Local Civil Rule 83.1 Counsel

                                             AMERICAN CIVIL LIBERTIES UNION
                                             FOUNDATION

                                             /s/ Galen Sherwin (with permission)
                                             Galen Sherwin
                                             (LR 83.1(a) special appearance)
                                             Amy Lynn Katz
                                             (LR 83.1(a) special appearance)
                                             Emma Roth
                                             (LR 83.1(a) notice of special appearance
                                             forthcoming)
                                             Women's Rights Project
                                             125 Broad Street, 18th Floor
                                             New York, NY 10004
                                             Telephone: (212) 549-2615
                                             gsherwin@aclu.org
                                             wrp_ak@aclu.org

2

AMERICAN CIVIL LIBERTIES UNION
OF NORTH CAROLINA LEGAL
FOUNDATION

/s/ Irena Como
Irena Como
North Carolina Bar No. 51812
Sneha Shah
(LR 83.1(a) special appearance)
Post Office Box 28004 Raleigh, NC 27611
Telephone: (919) 834-3466
Facsimile: (866) 511-1344
icomo@acluofnc.org
sshah@acluofnc.org

*Counsel for Plaintiff*

3

# CERTIFICATE OF SERVICE

I certify that I have electronically filed the foregoing **Motion for Entry of Partial Final Judgment under Rule 54(b), Declaratory Judgment, and Permanent Injunction** with the CM/ECF system, which will send electronic notification to counsel of record for all parties.


Dated: July 3, 2019                      Respectfully submitted,

                                         /s/ Jonathan D. Sasser
                                         Jonathan D. Sasser
                                         NC State Bar No. 10028
                                         Post Office Box 33550
                                         Raleigh, NC 27636
                                         Telephone: (919) 865-7000
                                         Facsimile: (919) 865-7010
                                         jon.sasser@elliswinters.com
                                         Local Civil Rule 83.1 Counsel

4