IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:16-cv-30-H-KS

| | |
|---|---|
| BONNIE PELTIER, as Guardian of A.P., a minor child; <br><br> ERIKA BOOTH, as Guardian of I.B., a minor child; and <br><br> KEELY BURKS; <br><br> Plaintiffs, <br><br> v. <br><br> CHARTER DAY SCHOOL, INC.; ROBERT P. SPENCER; CHAD ADAMS; SUZANNE WEST; COLLEEN COMBS; TED BODENSCHATZ; and MELISSA GOTT in their capacities as members of the Board of Trustees of Charter Day School, Inc.; and THE ROGER BACON ACADEMY, INC.; <br><br> Defendants. | **ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR SUBSTITUTION OF REAL PARTY IN INTEREST** |

Having considered Plaintiffs' Unopposed Motion for Substitution of Real Party in Interest, it is hereby ORDERED that said Motion [DE #241] is GRANTED. Keely Burks is substituted as the real party in interest in place of Patricia Brown, as Guardian of K.B., a minor child, and the Clerk of Court is hereby directed to amend the docket to reflect the substitution.

This 28th day of October 2019.

_____
The Honorable Kimberly A. Swank
United States Magistrate Judge