UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION


| | | |
|---|---|---|
| BONNIE PELTIER, as Guardian of A.P., a minor child; ERIKA BOOTH, as Guardian of I.B. a minor child; and KEELY BURKS, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | PARTIAL FINAL JUDGMENT IN A CIVIL CASE CASE NO.7:16-CV-30-H-KS |
| CHARTER DAY SCHOOL, INC., ROBERT P. SPENCER, CHAD SUZANNE WEST, COLLEEN COMBS, TED BODENSCHATZ, and MELISSA GOTT in their capacities as members of the Board of Trustees of Charter Day School, Inc. and THE ROGER BACON ACADEMY, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**Decision by Court.**


**IT IS ORDERED, ADJUDGED AND DECREED** that the clerk is directed to enter partial final judgment pursuant to Fed.R.Civ.P.54(b) in accordance with the summary judgment order entered on March 28, 2019, which granted plaintiffs' motion for summary judgment on their Equal Protection Clause claim and granted defendants' motion for summary judgment on plaintiffs' Title IX claim. Furthermore, the court hereby declares that the specific requirement of the uniform policy of the School promulgated by CDS, Inc., as written and enforced, requiring girls to wear skirts, jumpers, or skorts and prohibiting them from wearing pants or shorts, violates plaintiffs' rights under the Fourteenth Amendment of the United States Constitution. The court therefore permanently enjoins defendants from establishing or enforcing a provision in the Uniform Policy of Charter Day School requiring that girls wear skirts and prohibiting them from wearing pants or shorts.

This Judgment Filed and Entered on November 26, 2019 with service on:

Jonathan D. Sasser             (via CM/ECF NEF)
Sneha M. Shah                  (via CM/ECF NEF)
Amy L. Katz                    (via CM/ECF NEF)
Galen L. Sherwin               (via CM/ECF NEF)
Irena Como                     (via CM/ECF NEF)
Aaron M. Streett               (via CM/ECF NEF)
Banjamin H. Van Steinburgh     (via CM/ECF NEF)
Jonathan M. Little             (via CM/ECF NEF)
W. Ellis Boyle                 (via CM/ECF NEF)

11/26/2019                                    PETER A. MOORE, JR., CLERK

(By): Donna Rudd, Deputy Clerk