IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:16-cv-30

| | |
|---|---|
| BONNIE PELTIER, as Guardian of A.P., a minor child, et al.; ) ) ) Plaintiffs, ) ) v. ) ) CHARTER DAY SCHOOL, INC., et al., ) ) Defendants. ) | **JOINT STATUS REPORT** |

The parties, through their undersigned attorneys, have conferred and hereby submit this Joint Status Report in accordance with the Court's text order of February 10, 2021, and state as follows:

1. This case stems from Plaintiffs' claim that Charter Day School's uniform policy, which imposes separate requirements for boys and girls, violates the federal Equal Protection Clause, Title IX of the Education Amendments of 1972, and various aspects of North Carolina state law by requiring female students to wear skirts, skorts, or jumpers while male students are allowed to wear pants or shorts. *See* DE 13.

2. On cross-motions for summary judgment, this Court issued an order on March 28, 2019. DE 216. Specifically, the Court (1) granted summary judgment to Defendants on the Title IX claim; (2) granted summary judgment (a) to Plaintiffs on the federal equal-protection claim as against Defendants CDS, Inc., and the individual Defendants, and (b) to Defendant RBA; and (3) denied both sides' summary judgment motions without prejudice on the state-law claims (breach of contract and equal protection under the North Carolina Constitution).

3. After further briefing from the parties on how to proceed, the Court entered partial final judgment under Rule 54(b) on the equal-protection and Title IX claims in order to facilitate

an immediate appeal. *See* DE 245. The partial final judgment includes an injunction enjoining Charter Day School from enforcing any uniform policy that requires female students to wear skirts, skorts, or jumpers instead of pants or shorts.

4. Thereafter, the parties each filed a cross-appeal before the United States Court of Appeals for the Fourth Circuit [DE 248, 249], which were consolidated as assigned Case Nos. 20-1001 and 20-1023. The case was argued before the Fourth Circuit on March 11, 2021.

5. On August 9, 2021, the Fourth Circuit issued its opinion [Nos. 20-1001 and 20-1023, DE 81], reversing this Court's grant of summary judgment to Plaintiffs on their equal protection claim on grounds that Defendants did not engage in state action in issuing the challenged provision of the Uniform Policy. The Fourth Circuit further reversed this Court's grant of summary judgment to Defendants on the Title IX claim and remanded for further proceedings on that claim.

6. On August 23, 2021, Plaintiffs filed a petition for rehearing en banc on the Fourth Circuit's ruling on their equal protection claim. [Nos. 20-1001 and 20-1023, DE 86]. The Fourth Circuit granted the petition on October 19, 2021. The case was heard en banc on December 10, 2021 and remains *sub judice*.

7. Magistrate Judge Kimberly Swank granted a stay of the district court proceedings in light of the pending cross-appeals. DE 256. That order also directed the parties to file periodic joint status reports in the district court while the case remains on appeal. *Id.* The stay remains in effect.

8. The parties filed the last joint status report on October 11, 2021 [DE 260]. The Parties will continue to submit a joint status report every four months or apprise the Court of any pertinent intervening developments.

Respectfully submitted, this 11th day of February, 2022.

                ELLIS & WINTERS LLP
                By: /s/ *Jonathan D. Sasser*
                  Jonathan D. Sasser
                  NC State Bar No. 10028
                  Post Office Box 33550
                  Raleigh, NC 27636
                  Telephone: (919) 865-7000
                  Facsimile: (919) 865-7010
                  jon.sasser@elliswinters.com

*Local Civil Rule 83.1 Counsel for Plaintiffs*

AMERICAN CIVIL LIBERTIES UNION OF
NORTH CAROLINA LEGAL FOUNDATION
    /s/ *Irena Como*
    Irena Como, NC Bar No. 51812
    Kristi Graunke, NC Bar No. 51216
    Post Office Box 28004
    Raleigh, North Carolina 27611
    Telephone: (919) 834-3466
    Facsimile: (866) 511-1344
    icomo@aclunc.org
    kgraunke@aclunc.org

*Counsel for Plaintiffs*

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
    /s/ *Galen Sherwin*
    Galen Sherwin
    (LR 83.1(a) special appearance)
    Amy Lynn Katz
    (LR 83.1(a) special appearance)
    Women's Rights Project
    125 Broad Street, 18th Floor
    New York, NY 10004
    Telephone: (212) 549-2615
    gsherwin@aclu.org
    wrp_ak@aclu.org

*Counsel for Plaintiffs*

BAKER BOTTS L.L.P.
  */s/ Aaron M. Streett*
  Aaron M. Streett
  (*LR 83.1(a) special appearance*)
  Texas State Bar #24037561
  J. Mark Little
  (*LR 83.1(a) special appearance*)
  Texas State Bar #24078869
  910 Louisiana Street
  Houston, Texas 77002
  713.229.1234
  713.229.1522 (facsimile)
  aaron.streett@bakerbotts.com
  mark.little@bakerbotts.com

*Counsel for Defendants*


KNOTT & BOYLE, PLLC
  /s/ *W. Ellis Boyle*
  W. Ellis Boyle
  NC Bar #: 33826
  /s/ *Ben Van Steinburgh*
  Ben Van Steinburgh
  NC Bar #: 44869
  4800 Six Forks Road, Suite 100
  Raleigh, North Carolina 27609
  Telephone: 919-783-5900
  Fax: 919-783-9650
  Email: ellis@ knottboyle.com
       ben@knottboyle.com

*Local Civil Rule 83.1 Counsel for Defendants*

**CERTIFICATE OF SERVICE**

On February 11, 2022, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using the Court's CM/ECF system, which will serve all counsel of record.

                                          /s/ *Jonathan D. Sasser*
                                              Jonathan D. Sasser