# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION
# Case No. 7:16-cv-30

| | |
|---|---|
| BONNIE PELTIER, as Guardian of A.P., a minor child, et al.; | )<br>)<br>) |
| Plaintiffs, | ) **JOINT STATUS REPORT**<br>) |
| v. | )<br>) |
| CHARTER DAY SCHOOL, INC., et al., | )<br>) |
| Defendants. | ) |

The parties, through their undersigned attorneys, have conferred and hereby submit this Joint Status Report in accordance with the Court's text order of January 31, 2020, and state as follows:

1. This case stems from Plaintiffs' claim that Charter Day School's uniform policy, which imposes separate requirements for boys and girls, violates the federal Equal Protection Clause, Title IX of the Education Amendments of 1972, and various aspects of North Carolina state law by requiring female students to wear skirts, skorts, or jumpers while male students are allowed to wear pants or shorts. *See* DE 13.

2. On March 28, 2019, this Court issued an Order granting summary judgment (1) to all Defendants on the Title IX claim; (2) to Defendant RBA on the equal protection claim and to Plaintiffs on the federal equal-protection claim as against Defendants CDS, Inc. and the individual Defendants. The Court denied both sides' summary judgment motions without prejudice on the state-law claims (breach of contract and equal protection under the North Carolina Constitution). The Court subsequently entered partial final judgment under Rule 54(b) on the equal-protection and Title IX claims in order to facilitate an immediate appeal. *See* DE 245.

3. Proceedings in this Court on the remaining state law claims were stayed pursuant to Magistrate Judge Kimberly Swank's Order [DE 256] pending the cross-appeals, which were timely filed before the 4th Circuit.

4. The Fourth Circuit heard argument on the case en banc on December 10, 2021, and the appeal remains *sub judice*.

5. The parties last filed a joint status report as required by this Court's Order on February 11, 2022 [DE 265]. The Parties submit that there have been no new developments since the previous status report was filed.

Respectfully submitted, this 10th day of June, 2022.

    ELLIS & WINTERS LLP
    By: /s/ *Jonathan D. Sasser*
        Jonathan D. Sasser
        NC State Bar No. 10028
        Post Office Box 33550
        Raleigh, NC 27636
        Telephone: (919) 865-7000
        Facsimile: (919) 865-7010
        jon.sasser@elliswinters.com
    *Local Civil Rule 83.1 Counsel for Plaintiffs*

    AMERICAN CIVIL LIBERTIES UNION OF
    NORTH CAROLINA LEGAL FOUNDATION
        /s/ *Irena Como*
        Irena Como, NC Bar No. 51812
        Kristi Graunke, NC Bar No. 51216
        Post Office Box 28004
        Raleigh, North Carolina 27611
        Telephone: (919) 834-3466
        Facsimile: (866) 511-1344
        icomo@aclunc.org
        kgraunke@aclunc.org
    *Counsel for Plaintiffs*

    AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
        /s/ *Galen Sherwin*
        Galen Sherwin

    (LR 83.1(a) special appearance)
    Amy Lynn Katz
    (LR 83.1(a) special appearance)
    Women's Rights Project
    125 Broad Street, 18th Floor
    New York, NY 10004
    Telephone: (212) 549-2615
    gsherwin@aclu.org
    wrp_ak@aclu.org
*Counsel for Plaintiffs*

BAKER BOTTS L.L.P.

    */s/ Aaron M. Streett*
    Aaron M. Streett
    (*LR 83.1(a) special appearance*)
    Texas State Bar #24037561
    J. Mark Little
    (*LR 83.1(a) special appearance*)
    Texas State Bar #24078869
    910 Louisiana Street
    Houston, Texas 77002
    713.229.1234
    713.229.1522 (facsimile)
    aaron.streett@bakerbotts.com
    mark.little@bakerbotts.com
*Counsel for Defendants*

KNOTT & BOYLE, PLLC
    /s/ *W. Ellis Boyle*
    W. Ellis Boyle
    NC Bar #: 33826
    /s/ *Ben Van Steinburgh*
    Ben Van Steinburgh
    NC Bar #: 44869
    4800 Six Forks Road, Suite 100
    Raleigh, North Carolina 27609
    Telephone: 919-783-5900
    Fax: 919-783-9650
    Email: ellis@ knottboyle.com
        ben@knottboyle.com
*Local Civil Rule 83.1 Counsel for Defendants*

## CERTIFICATE OF SERVICE

On June 10, 2022, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using the Court's CM/ECF system, which will serve all counsel of record.

*/s/ Jonathan D. Sasser*
Jonathan D. Sasser