IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:16-CV-00030-M

BONNIE PELTIER, *as Guardian of A.P., a minor child*; ERIKA BOOTH, *as Guardian of I.B., a minor child*; and KEELY BURKS,

    Plaintiffs,

v.

CHARTER DAY SCHOOL, INC.; ROBERT P. SPENCER, *in his capacity as member of the Board of Trustees of Charter Day School, Inc.*; CHAD ADAMS, *in his capacity as member of the Board of Trustees of Charter Day School, Inc.*; SUZANNE WEST, *in her capacity as member of the Board of Trustees of Charter Day School, Inc.*; COLLEEN COMBS, *in her capacity as member of the Board of Trustees of Charter Day School, Inc.*; TED BODENSCHATZ, *in his capacity as member of the Board of Trustees of Charter Day School, Inc.*; MELISSA GOTT, *in her capacity as member of the Board of Trustees of Charter Day School, Inc.*; and THE ROGER BACON ACADEMY, INC.,

    Defendants.

ORDER

This matter comes before the court on the Mandate issued by the Fourth Circuit Court of Appeals [DE 269]. In light of the Fourth Circuit's opinion and mandate, the stay of proceedings imposed in this case [DE 256] is LIFTED. The court will hold a telephonic status conference in this matter on August 17, 2022 at 10:00 a.m. The Clerk of Court is directed to provide access instructions to counsel.

SO ORDERED this 28th day of July, 2022.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE