IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:16-CV-00030-M

| | |
|---|---|
| BONNIE PELTIER, *as Guardian of A.P., a minor child*; <br> ERIKA BOOTH, *as Guardian of I.B., a minor child*; and <br> KEELY BURKS, <br><br> Plaintiffs, <br><br> v. <br><br> CHARTER DAY SCHOOL, INC.; <br> ROBERT P. SPENCER, *in his capacity as member of the Board of Trustees of Charter Day School, Inc.*; <br> CHAD ADAMS, *in his capacity as member of the Board of Trustees of Charter Day School, Inc.*; <br> SUZANNE WEST, *in her capacity as member of the Board of Trustees of Charter Day School, Inc.*; <br> COLLEEN COMBS, *in her capacity as member of the Board of Trustees of Charter Day School, Inc.*; <br> TED BODENSCHATZ, *in his capacity as member of the Board of Trustees of Charter Day School, Inc.*; <br> MELISSA GOTT, *in her capacity as member of the Board of Trustees of Charter Day School, Inc.*; and <br> THE ROGER BACON ACADEMY, INC., <br><br> Defendants. | ORDER |

This matter comes before the court on the Mandate issued by the Fourth Circuit Court of Appeals [DE 269]. This court held a status conference on August 18, 2022, at which Defendants informed the court of their intent to file a petition for certiorari at the United States Supreme Court. Under these

circumstances, the court, with the consent of the parties, will STAY these proceedings pending the Supreme Court's decision on the petition. Within five business days after such decision, the parties shall file a joint status report informing the court which, if any, issues remain and suggesting a timeline for proceeding in this litigation and what the stakes are.

SO ORDERED this 18th day of August, 2022.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE