IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-30

| | |
|---|---|
| BONNIE PELTIER, as Guardian of A.P., a minor child, et al., | ) ) ) |
| *Plaintiffs* | ) ) ) **NOTICE OF SUBSTITUTION OF** |
| v. | ) **COUNSEL** ) ) |
| CHARTER DAY SCHOOL, INC., et al, | ) ) |
| *Defendants.* | ) |

In accordance with Local Civil Rule 5.2(c), attorney Galen Sherwin respectfully requests the Clerk of the Court to withdraw her appearance as counsel for Plaintiffs. Ms. Sherwin has departed from the American Civil Liberties Union Foundation and thus no longer represents Plaintiffs. Attorney Ria Tabacco Mar from the American Civil Liberties Union Foundation is substituting as counsel for Plaintiffs and certifies by her signature below that she is aware of and will comply with all pending deadlines in this action.

Dated: November 22, 2022

Respectfully submitted,

/s/ *Ria Tabacco Mar*
Ria Tabacco Mar
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
212-549-2500
Fax: 212-549-2580
rmar@aclu.org
New York Bar No. 4693693
Attorney for Plaintiffs

/s/ *Galen Sherwin*
Galen Sherwin
New York Bar No. 4232682

## CERTIFICATE OF SERVICE

I certify that I have electronically filed the foregoing **Notice of Substitution of Counsel** with the CM/ECF system, which will send electronic notification to counsel of record for all parties.

Dated: November 22, 2022                                                                                   Respectfully submitted,

                                                                                      /s/ *Ria Tabacco Mar*
                                                                                      Ria Tabacco Mar