IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:16-cv-30-M-KS

| | |
|---|---|
| BONNIE PELTIER, as Guardian of A.P., a minor child, et al.; | )<br>)<br>) |
| Plaintiffs, | )  **JOINT STATUS REPORT**<br>) |
| v. | )<br>) |
| CHARTER DAY SCHOOL, INC., et al., | )<br>) |
| Defendants. | ) |

The parties, through their undersigned attorneys, have conferred and hereby submit this Joint Status Report and state as follows:

1. On August 18, 2022, this Court issued a stay in the above-captioned matter pending the Supreme Court's decision on Defendants' petition for certiorari, which challenged the Fourth Circuit's state-action holding in *Peltier v. Charter Day Sch., Inc.*, 37 F.4th 104 (4th Cir. 2022). DE No. 278. That order also required the parties to confer and file a joint status report within five business days of the Supreme Court's decision.

2. On July 3, 2023, the parties submitted a joint status report, updating the Court on the Supreme Court's denial of Defendants' petition for certiorari. The Court ordered a subsequent update within 30 days. DE No. 286.

3. On August 4, 2023, the parties submitted a joint status report, updating the Court on the commencement of preliminary settlement negotiations. The Court ordered a subsequent update within 30 days. DE No. 288.

4. The parties jointly report that they have engaged in further settlement discussions, including preliminarily agreeing to a general framework for global settlement, subject to reaching agreement on the amount of attorney's fees to be paid by Defendants and approval of the settlement

by the Board of Charter Day School, Inc.  Plaintiffs provided requested information regarding fees on August 3 and August 31, 2023.  The parties intend to engage in further settlement negotiations toward resolving this matter.  The parties request that they be permitted to submit a further joint status report 30 days from this date.

Respectfully submitted, this 5th day of September, 2023.

                    BAKER BOTTS L.L.P.

                    By: /s/ *Aaron M. Streett*
                        Aaron M. Streett
                        (*LR 83.1(a) special appearance*)
                        Texas State Bar #24037561
                        J. Mark Little
                        (*LR 83.1(a) special appearance*)
                        Texas State Bar #24078869
                        910 Louisiana Street
                        Houston, Texas 77002
                        Telephone: 713.229.1234
                        Facsimile: 713.229.1522
                        aaron.streett@bakerbotts.com
                        mark.little@bakerbotts.com

*Counsel for Defendants*

SMITH ANDERSON

                    /s/ *John E. Harris*
                    John E. Harris
                    N.C. State Bar No. 49253
                    Post Office Box 2611
                    Raleigh, NC 27602-2611
                    Telephone: 919-821-6721
                    Facsimile: 919-821-6800
                    jharris@smithlaw.com

*Local Civil Rule 83.1 Counsel for Defendants*

AMERICAN CIVIL LIBERTIES UNION FOUNDATION

/s/ *Ria Tabacco Mar*
Ria Tabacco Mar
(*LR 83.1(a) special appearance*)
N.Y. Bar No. 4693693
Amy Lynn Katz
(*LR 83.1(a) special appearance*)
N.Y. Bar No. 1540228
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Facsimile: 212-549-2580
rmar@aclu.org
wrp_ak@aclu.org

*Counsel for Plaintiffs*

ACLU OF NORTH CAROLINA LEGAL FOUNDATION

/s/ *Kristi Graunke*
Kristi Graunke
NC Bar No. 51216
ACLU of North Carolina Legal Foundation
Post Office Box 28004
Raleigh, North Carolina 27611
Telephone: 919-354-5066
Email: kgraunke@acluofnc.org

*Counsel for Plaintiffs*

ELLIS & WINTERS LLP

/s/ *Jonathan D. Sasser*
Jonathan D. Sasser
NC State Bar No. 10028
Post Office Box 33550
Raleigh, NC 27636
Telephone: 919-865-7000
Facsimile: 919-865-7010
jon.sasser@elliswinters.com

*Local Civil Rule 83.1 Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

On September 5, 2023, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using the Court's CM/ECF system, which will serve all counsel of record.

/s/ *Aaron M. Streett*
Aaron M. Streett