IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case No. 7:16-cv-30-M-KS

| | |
|---|---|
| BONNIE PELTIER, as Guardian of A.P., a minor child, et al.; | ) ) ) |
| Plaintiffs, | ) ) **JOINT STATUS REPORT** ) **AND NOTICE OF SETTLEMENT** |
| v. | ) ) |
| CHARTER DAY SCHOOL, INC., et al., | ) ) |
| Defendants. | ) |

The parties, through their undersigned attorneys, have conferred and hereby submit this Joint Status Report and state as follows:

1. On August 18, 2022, this Court issued a stay in the above-captioned matter pending the Supreme Court's decision on Defendants' petition for certiorari, which challenged the Fourth Circuit's state-action holding in *Peltier v. Charter Day Sch., Inc.*, 37 F.4th 104 (4th Cir. 2022). [DE 278.] That order also required the parties to confer and file a joint status report within five business days of the Supreme Court's decision.

2. The parties thereafter submitted joint status reports and, per the Court's subsequent orders, kept the Court apprised that settlement negotiations were ongoing. [DE 285 – 291.] On October 17, 2023, the Court directed the parties to file another joint status report or notice of settlement on or before November 10, 2023.

3. The parties hereby report that they have reached a settlement in principle in this matter. The parties are in the process of finalizing a settlement agreement memorializing those terms. Under the anticipated terms, the parties will stipulate to the dismissal of certain claims and otherwise jointly request entry of a consent final judgment on the remaining claims in accordance with the Court's earlier orders on summary judgment.

4. The parties reasonably expect the stipulation of dismissal and joint motion for entry of a consent final judgment to be filed within the next thirty (30) days. Accordingly, the parties request that the Court continue the stay in the case until such time as the stipulation of dismissal and joint motion for entry of a consent final judgment are filed with the Court.

Respectfully submitted, this 10th day of November, 2023.

        BAKER BOTTS L.L.P.

By: /s/ *Aaron M. Streett*
    Aaron M. Streett
    (*LR 83.1(a) special appearance*)
    Texas State Bar #24037561
    J. Mark Little
    (*LR 83.1(a) special appearance*)
    Texas State Bar #24078869
    910 Louisiana Street
    Houston, Texas 77002
    Telephone: 713.229.1234
    Facsimile: 713.229.1522
    aaron.streett@bakerbotts.com
    mark.little@bakerbotts.com

*Counsel for Defendants*

SMITH ANDERSON

    /s/ *John E. Harris*
    John E. Harris
    N.C. State Bar No. 49253
    Post Office Box 2611
    Raleigh, NC 27602-2611
    Telephone: 919-821-6721
    Facsimile: 919-821-6800
    jharris@smithlaw.com

*Local Civil Rule 83.1 Counsel for Defendants*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION

    /s/ *Ria Tabacco Mar*
    Ria Tabacco Mar
    (*LR 83.1(a) special appearance*)

N.Y. Bar No. 4693693
Amy Lynn Katz
(*LR 83.1(a) special appearance*)
N.Y. Bar No. 1540228
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: 212-549-2500
Facsimile: 212-549-2580
rmar@aclu.org
wrp_ak@aclu.org

*Counsel for Plaintiffs*

ACLU OF NORTH CAROLINA LEGAL
FOUNDATION

/s/ *Kristi Graunke*
Kristi Graunke
NC Bar No. 51216
ACLU of North Carolina Legal Foundation
Post Office Box 28004
Raleigh, North Carolina 27611
Telephone: 919-354-5066
Email: kgraunke@acluofnc.org

*Counsel for Plaintiffs*

ELLIS & WINTERS LLP

/s/ *Jonathan D. Sasser*
Jonathan D. Sasser
NC State Bar No. 10028
Post Office Box 33550
Raleigh, NC 27636
Telephone: 919-865-7000
Facsimile: 919-865-7010
jon.sasser@elliswinters.com

*Local Civil Rule 83.1 Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

On November 10, 2023, I electronically filed the foregoing Joint Status Report with the Clerk of the Court using the Court's CM/ECF system, which will serve all counsel of record.

/s/ *John E. Harris*
John E. Harris
